IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AZZURA CRISPINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-00156-DII |
| | § | |
| THE INTERNAL REVENUE SERVICE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order dismissing Plaintiff's claims without prejudice under Federal Rule of Civil Procedure 4(m). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on July 24, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE